O
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMPUR SEALY INTERNATIONAL, INC. et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SELTYK MATTRESS INC.,<br><br>    Defendant. | Case No. 2:22-cv-06194-ODW (PVCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Default Judgment, (ECF No. 25), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiffs and against Defendant, in accordance with this Court's Order Granting Plaintiffs' Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs statutory damages in the amount of $500,000.00 and costs in the amount of $2,591.79;

3. The Court **PERMANENTLY ENJOINS** Defendant and its officers, agents, affiliates, employees, attorneys, and any other persons or entities working in concert with Defendant regarding the actions for which Defendant is liable from:

1

    a.    using the Tempur Sealy Marks or any other confusingly similar variants of the Tempur Sealy Marks in any manner;

    b.    promoting, selling, or offering for sale any Tempur Sealy Products or any other unauthorized, counterfeit, or confusingly similar variants of the Tempur Sealy Products; and

    c.    engaging in any actions or inactions likely to cause confusion in the minds of the public regarding the connection between Seltyk's business or products, on one hand, and Tempur Sealy or the Tempur Sealy Products, on the other hand.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 26, 2023

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE